UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

KIMBERLY MILLER, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

DONALD HEALD LLC,

        Defendant.

------------------------------------- x

No.: 1:22-cv-734

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), KIMBERLY MILLER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, DONALD HEALD LLC, with prejudice and without fees and costs.

Dated: New York, New York
       April 7, 2022

                                            **GOTTLIEB & ASSOCIATES**

                                            */s/Michael A. LaBollita, Esq.*

                                            Michael A. LaBollita, Esq., (ML-9985)
                                            150 East 18th Street, Suite PHR
                                            New York, NY 10003
                                            Phone: (212) 228-9795
                                            Fax: (212) 982-6284
                                            Michael@Gottlieb.legal

                                            *Attorneys for Plaintiffs*

SO ORDERED:

/s/ John G. Koeltl
United States District Court Judge

4/12/22